# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2006

132232

LORETTA PHILLIPS,
   Plaintiff-Appellant,

v

INGHAM CIRCUIT JUDGE,
   Defendant-Appellee.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 132232
COA: 272398

_____/

   On order of the Court, the application for leave to appeal the August 31, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2006

_____
Clerk

t1218